UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-24834-PCH

**VICTOR ARIZA**,

    Plaintiff,

vs.

**MCM PRODUCTS USA INC.,**
**a foreign for-profit corporation**,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, through their respective undersigned counsel, hereby give notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide them thirty (30) days from the date of filing this Notice to finalize their settlement agreement and to submit the dismissal document dismissing this case with prejudice.

Dated: January 24, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 North Hiatus Road<br>Sunrise, FL 33351-7919<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email: rhannah@rhannahlaw.com<br><br>By ____*s/ Roderick V. Hannah*____<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email duranandassociates@gmail.com<br><br>By ____*s/ Pelayo M. Duran*____<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

**LEWIS BRIBOIS BISGAARD & SMTH LLP**
Counsel for Defendant
110 SE 6th Street Sute 2600
Fort Lauderdale, FL  33301
(954) 302-4152
Jonathan.beckerman@lewisbrisbois.com
Daniel.gonzalez@lewisbrisbois.com


By     */s/ Daniel Eric Gonzalez*
         DANIEL ERIC GONZALEZ
         Fla. Bar No. 118696