UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-24834-PCH

VICTOR ARIZA

    Plaintiff,

v.

MCM PRODUCTS USA INC.

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' Joint Motion for Approval and Entry of Consent Decree and Dismissal of the Action with Prejudice [ECF No. 13].  The Court, having considered the pleadings, law, underlying facts and having reviewed this proposed Consent Decree, FINDS AS FOLLOWS:

    1)    This Court has jurisdiction over the Action under 28 U.S.C. § 1331 and 42 U.S.C. § 12188;

    2)    The provisions of this Consent Decree shall be binding upon the Parties;

    3)    This Consent Decree is for settlement purposes only and does not constitute an admission by Defendant of any of the allegations contained in the Complaint or any other pleading in this Action, nor does it constitute any finding of liability against Defendant;

    4)    The Court's jurisdiction over this matter shall continue for 24 months; and

    5)    This Consent Decree shall be deemed as adjudicating, once and for all, the merits of each and every claim, matter, and issue that was alleged, or could have been alleged by Plaintiff in the Action based on, or arising out of, or in connection with, the allegations in the Complaint.

It is hereby **ORDERED** that the parties' Joint Motion for Approval and Entry of Consent Decree and Dismissal of the Action with Prejudice **[ECF No. 13]** is **GRANTED**. The Court approves and adopts the Consent Decree **[ECF No. 13-1]** as an Order of the Court.  This action is **DISMISSED WITH PREJUDICE**, with each side to bear its own fees and costs.  The clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, on February 26, 2024.

_____
PAUL C. HUCK
U.S. DISTRICT COURT JUDGE